

# Summons

In the matter of _____ JERRY W. KNIGHT, 2908 Maravillas Loop, Austin, Texas 78735 _____

Internal Revenue Service (Division): Criminal Investigation

Industry/Area (name or number): San Antonio Field Office

Periods: _____ Calendar Years Ending 12/31/2005, 12/31/2006, 12/31/2007, 12/31/2008, and 12/31/2009

### The Commissioner of Internal Revenue

To: MIKELLA MAUGHAN, CPA

At: 3355 Bee Cave Road, Suite 510, Austin, Texas 78746

You are hereby summoned and required to appear before  Special Agent Randall Mooney or designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers,
and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the
administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All books, records, documents, files, workpapers, correspondence, notes, and memos relating to JERRY W. KNIGHT
that were created or acquired in relation to any federal tax matter involving JERRY W. KNIGHT.

Includes any and all correspondence to or from JERRY W. KNIGHT in paper or electronic forms (email).

**Do not write in this space**

# COPY

Business address and telephone number of IRS officer before whom you are to appear:

IRS Criminal Investigation, 12301 Research Blvd., Suite 160, Austin, Texas 78759    Phone: (512) 464-3048

Place and time for appearance at  12301 Research Blvd., Suite 160, Austin, Texas 78759

**IRS**

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the ___ 30th ___ day of ___ JANUARY ___ 2012 ___ at ___ 09 ___ o'clock ___ a ___ m.

Issued under authority of the Internal Revenue Code this __5th__ day of ___ JANUARY ___ 2012

_____
Signature of issuing officer

_____
Signature of approving officer (if applicable)

Special Agent
Title

_____
Title

**Part C — to be given to noticee**

Exhibit B

| | Records of Mikella Maughan CPA | | |
|---|---|---|---|
| Inventory by Bates Stamped No. | Description of Item | | Work Product / Attorney Client Privilege = WP/ACP |
| 1 | Disclosure | | |
| 2 | Disclosure | | |
| 3 | Disclosure | | |
| 4 - 12 | Disclosure | | |
| 13 | Disclosure | | |
| 14 - 15 | Disclosure | | |
| 16 | Disclosure | | |
| 17 | Disclosure | | |
| 18 | Disclosure | | |
| 19 | Disclosure | | |
| 20 - 43 | Disclosure | | |
| 44 | Schedule | | WP / ACP |
| 45 | Schedule | | WP / ACP |
| 46 | Schedule | | WP / ACP |
| 47 | Correspondence | | WP / ACP |
| 48 - 50 | Correspondence | | WP / ACP |
| 51 - 52 | Schedule | | WP / ACP |
| 53 | Correspondence | | WP / ACP |
| 54 - 56 | Correspondence - Notes | | WP / ACP |
| 57 - 58 | Disclosure | | |
| 59 | Disclosure | | |
| 60 - 63 | Disclosure | | |
| 64 - 65 | Disclosure | | |
| 66 - 67 | Disclosure | | |
| 69 - 70 | Disclosure | | |
| 71 - 72 | Disclosure | | |
| 73 - | Disclosure | | |
| 74 - 77 | Disclosure | | |
| 78 | Disclosure | | |
| 79 - 80 | Disclosure | | |
| 81 | Disclosure | | |
| 82 | Disclosure | | |
| 84 - 85 | Disclosure | | |
| 86 - 87 | Disclosure | | |
| 88 - 89 | Disclosure | | |
| 90 | Disclosure | | |
| 91 | Disclosure | | |

| | | | |
|---|---|---|---|
| 92 | Correspondence | | WP / ACP |
| 93 - 96 | Disclosure | | |
| 97 - 98 | Disclosure | | |
| 99 | Correspondence | | WP / ACP |
| 100 | Disclosure | | |
| 101 - 113 | Disclosure | | |
| 114 - 115 | Email | | WP / ACP |
| 115 | Email | | WP / ACP |
| 116 | Email | | WP / ACP |
| 117 | Email | | WP / ACP |
| 118 | Email | | WP / ACP |
| 119 | Email | | WP / ACP |
| 120 | Email | | WP / ACP |
| 121 | Email | | WP / ACP |
| 122 | Email | | WP / ACP |
| 123 | Email | | WP / ACP |
| 124 | Email | | WP / ACP |
| 125 | Email | | WP / ACP |
| 126 | Email | | WP / ACP |
| 127 - 129 | Email | | WP / ACP |
| 130 - 133 | Disclosure | | |
| 134 | Email | | WP / ACP |
| 135 - 136 | Email | | WP / ACP |
| 137 - 139 | Disclosure | | |
| 140 - 141 | Disclosure | | |
| 142 - 144 | Disclosure | | |
| 145 - 147 | Email | | WP / ACP |
| 148 | Email | | WP / ACP |
| 149 - | Email | | WP / ACP |
| 150 | Email | | WP / ACP |
| 151 | Email | | WP / ACP |
| 152 - 153 | Email | | WP / ACP |
| 154 | Email | | WP / ACP |
| 155 | Email | | WP / ACP |
| 156 | Email | | WP / ACP |
| 157 | Email | | WP / ACP |
| 158 | Email | | WP / ACP |
| 159 - 160 | Email | | WP / ACP |
| 161 | Email | | WP / ACP |
| 162 | Email | | WP / ACP |
| 163 | Email | | WP / ACP |
| 164 | Email | | WP / ACP |
| 165 | Email | | WP / ACP |

| | | | |
|---|---|---|---|
| 166 - 167 | Email | | WP / ACP |
| 168 - 169 | Email | | WP / ACP |
| 170 | Email | | WP / ACP |
| 171 - 172 | Email | | WP / ACP |
| 173 | Email | | WP / ACP |
| 174 | Email | | WP / ACP |
| 175 | Email | | WP / ACP |
| 176 | Email | | WP / ACP |
| 177 | Email | | WP / ACP |
| 178 | Email | | WP / ACP |
| 179 | Email | | WP / ACP |
| 180 | Email | | WP / ACP |
| 181 | Email | | WP / ACP |
| 182 - 184 | Email | | WP / ACP |
| 185 - 186 | Email | | WP / ACP |
| 187 - 188 | Email | | WP / ACP |
| 189 | Email | | WP / ACP |
| 190 | Email | | WP / ACP |
| 191 | Email | | WP / ACP |
| 192 | Email | | WP / ACP |
| 193 | Email | | WP / ACP |
| 194 - 196 | Email | | WP / ACP |
| 197 | Email | | WP / ACP |
| 198 | Email | | WP / ACP |
| 199 | Email | | WP / ACP |
| 200 -202 | Email | | WP / ACP |
| 203 - 204 | Email+C32 | | WP / ACP |
| 205 - 213 | Email | | WP / ACP |
| 214 -225 | Disclosure | | |
| 226 - 233 | Email | | WP / ACP |
| 234 - 244 | Correspondence | | WP / ACP |
| 245 - 261 | Disclosure | | |
| 262 - 266 | Correspondence | | WP / ACP |
| 267 - 276 | Disclosure | | |
| 277 - 283 | Correspondence | | WP / ACP |

## CERTIFICATE OF SERVICE

I, Jerry Knight certify that pursuant to IRC 7609(b) (2)(B) a true copy of the attached Legal Petition to Quash Non-Judicial IRS Summons has been served via Certified Mail to each of the following:

Special Agent Randall Moody
Internal Revenue Service
12301 Research Blvd, Austin Texas 78759

Mikella Maugham, CPA
3355 Bee Cave Road, Suite 510 Austin, Texas 78746

Jerry Knight
2929 Maravillas Loop
Austin, Texas 78746
(512) 750-6995